**Order entered June 9, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01012-CR

**UNDRE JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-52314-V**

## ORDER

The Court **REINSTATES** the appeal.

On April 13, 2016, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On June 1, 2016, we received volumes 1 through 9 of the reporter's record. On June 2, 2016, we received "supplemental volume 8" of the reporter's record. Because findings are no longer necessary, we **VACATE** the April 13, 2016 order.

Because the June 2 supplemental volume 8 of the reporter's record appears to be a duplicate of volume 8 of the reporter's record filed June 1, we **STRIKE** the June 2 supplemental volume 8 as duplicative.

We **ORDER** the reporter's record filed as of the date of this order.

.

/s/      LANA MYERS
JUSTICE